IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

| | |
|---|---|
| **CANDACE HODGES and RYNELL HODGES** | **PLAINTIFFS** |
| **vs.** | **CIVIL ACTION NO. 3:06cv134 HTW-JCS** |
| **RANDALL FLIPPEN** | **DEFENDANT** |

### AGREED ORDER OF REMAND

**CAME NOW** this day before this Court on Motion of the Parties, ore tenus, to Remand this case to State Court and the Court having considered same is of the opinion that said Motion should be granted and determines as follows, to-wit:

1. Plaintiffs have stipulated that their total damages will not ever exceed $75,000 nor will they ever seek more than $75,000 under any circumstances.

2. Defendant has the right to keep this case before this Court; however, he does not oppose the remand of this case in exchange for the foregoing stipulation and limitation on damages.

IT IS, THEREFORE, ordered and adjudged that this case shall be remanded to the Circuit Court of Pike County, Mississippi, with all costs to be assessed to the Plaintiff.

So ordered, this the 23rd day of May, 2006.

s/ HENRY T. WINGATE

CHIEF UNITED STATES DISTRICT JUDGE


/s/ William E. Goodwin
One of Counsel for the Plaintiff

/s/ C. Paige Herring
One of Counsel for the Defendant